# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3173

_____

Cal Jean Bell,                                   *
                                                 *
            Appellant,                           *
                                                 *    Appeal from the United States
      v.                                         *    District Court for the
                                                 *    Eastern District of Missouri.
Ryan Shaw, Service Officer,                      *
                                                 *    [UNPUBLISHED]
            Appellee.                            *

_____

Submitted: February 23, 2011
Filed: March 1, 2011

_____

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Cal Jean Bell appeals the district court's[1] 28 U.S.C. § 1915(e)(2)(B) dismissal of her civil action. After careful review, we conclude that the district court had no authority to grant the requested relief. See 38 U.S.C. §§ 7252, 7261; Mehrkens v. Blank, 556 F.3d 865, 869 (8th Cir. 2009). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.